JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH JOHN PREPETIT,<br><br>   Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA and TERESA BANKS, Warden,<br><br>   Respondents. | Case No. CV 11-130-PSG (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

Dated: __March 11, 2011_____

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE